UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Tiffany Jordan,

    Debtor.

Case No. 16–32833  
Chapter 13

## ORDER

This case is before the court on the following matter:

*18* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Tiffany Jordan. Responses due by 12/22/2016. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 23, 2016

Dwight H. Williams Jr.  
United States Bankruptcy Judge