UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 16–32833 |
| | Chapter 13 |
| Tiffany Jordan, | |
|     Debtor. | |

## ORDER

This case is before the court on the following matter:

*51* – Rule 9007 Motion/Notice/Objection: Motion to Incur Debt in Chapter 13 Cases Only filed by Richard D. Shinbaum on behalf of Tiffany Jordan. Responses due by 07/3/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated July 4, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge